Alhaji CHAM, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.

No. 09–1446.

United States Court of Appeals, Eighth Circuit.

Submitted: March 5, 2010.

Filed: March 10, 2010.

---

1. The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.

Alhaji Cham, E. New Brighton, MN, pro se.

Richard M. Evans, Assistant Director, Aliza Bessie Alyeshmerni, Karen Yolanda Drummond, Paul Fiorino, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, Scott Baniecke, U.S. Immigration & Naturalization Service, Bloomington, MN, for Respondent.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Alhaji Cham, a citizen of Gambia, petitions for review of an order of the Board of Immigration Appeals (BIA), which affirmed an immigration judge's denial of asylum, withholding of removal, and relief under the Convention Against Torture (CAT). We conclude substantial evidence supports the BIA's determination that Cham did not meet his burden of proof for asylum. *See Khrystotodorov v. Mukasey,* 551 F.3d 775, 781 (8th Cir.2008) (standard of review); *Ming Ming Wijono v. Gonzales,* 439 F.3d 868, 872 (8th Cir.2006) (there must be some nexus between persecution and protected ground). Further, because Cham failed to meet the burden of proof on his asylum claim, his claim for withholding of removal necessarily fails as well, *see Gitimu v. Holder,* 581 F.3d 769, 774 (8th Cir.2009), and we see no basis in the record for CAT relief, *see Miah v. Mukasey,* 519 F.3d 784, 786–88 (8th Cir. 2008).

Accordingly, we deny the petition for review.